BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYAN WHEAT, IDAHO STATE BAR NO. 9091
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-18-68 E-DCN |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. §§ 2, 922(g)(1), 924(d) |
| TYRA DANYAL CASTILLO, | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 853 |
| Defendant. | 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT 1

**Possession of a Firearm by a Prohibited Person**
**18 U.S.C. § 922(g)(1)**

On or about December 7, 2017, in the District of Idaho, the defendant TYRA DANYAL CASTILLO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a 2010 felony conviction for Burglary in Canyon County, Idaho, Case No. CR-2009-13894, did knowingly possess in and affecting commerce a firearm, to wit: a Smith and

INDICTMENT - 1

Wesson M&P Shield 9mm pistol, serial number HKC2420, said firearm having traveled in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### Possession with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about December 15, 2017, in the District of Idaho, the defendant, TYRA DANYAL CASTILLO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) alleged in Count One of this Indictment, the defendant, TYRA DANYAL CASTILLO, shall forfeit to the United States any firearms or ammunition involved in or used in the commission of the offense, pursuant to 18 U.S.C. § 924(d) and made applicable by 28 U.S.C. § 2461(c), including, but not limited to, the following:

1. A Smith and Wesson M&P Shield 9mm pistol, serial number HKC2420; and
2. any and all associated ammunition.

INDICTMENT - 2

**Drug Forfeiture**
**21 U.S.C. § 853**

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant TYRA DANYAL CASTILLO, shall forfeit to the United States all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offenses, and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, and to facilitate the commission of, the foregoing offenses, including but not limited to the following:

    1.    <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>.  Any and all sums that represent unrecovered proceeds of the offense of conviction obtained by the defendant, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

    2.    <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853 and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

        a.    Cannot be located upon the exercise of due diligence;

        b.    Has been transferred or sold to, or deposited with, a third person;

        c.    Has been placed beyond the jurisdiction of the court;

        d.    Has been substantially diminished in value; or

**INDICTMENT** - 3

      e.    Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 27TH day of February, 2018.

                                  A TRUE BILL

                                  /s/ [signature on reverse]
                                  FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
BRYAN WHEAT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 4